UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUREKA HOPSON,                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )          Civil Action No. 12-1449 (RJL)
                                        )
FEDERAL BUREAU OF PRISONS,              )
                                        )
          Defendant.                    )

MEMORANDUM
January ___9___, 2013

     In this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. §

552, and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.*, defendant

moves to dismiss plaintiff's FOIA claims under Federal Rules of Civil Procedure

12(b)(1) and 12(b)(6) and plaintiff's FTCA claim under Rule 12(b)(3) for improper

venue.  Defendant also moves, in the alternative, to transfer plaintiff's FTCA claim.

Def.'s Mot. to Dismiss [Dkt. # 9].  By Order of October 22, 2012 [Dkt. # 10], plaintiff

was directed to respond to defendant's motion to dismiss by November 26, 2012.

Plaintiff was advised that his failure to oppose the motion could result in dismissal of the

case on what would be treated as a conceded motion.  Plaintiff has neither opposed

defendant's motion nor sought additional time to do so.  The Court therefore will grant

defendant's motion to dismiss as conceded and dismiss the case pursuant to Local Civil

Rule 7(b).  *See Slovinec v. Amer. Univ.*, 520 F. Supp. 2d 107, 111 (D.D.C. 2007)

(discussing enforcement of the local rule).  A separate Order accompanies this

Memorandum.

RICHARD J. LEON
United States District Judge